**Order entered February 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01759-CR

**NICHOLAS DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1258570-V**

## ORDER

We **REINSTATE** this appeal.  By order dated February 2, 2015, we granted former counsel's motion to withdraw and ordered the trial court to appoint new counsel.  The trial court appointed Danny Oliphant to represent appellant in this appeal.  We **DIRECT** the Clerk of the Court to add Mr. Oliphant as counsel of record for appellant.  This case was submitted December 16, 2014, and an opinion will issue in due course.

/s/     DAVID EVANS
PRESIDING JUSTICE